**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Ver-Val Enterprises, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **VVE** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 59-1928320 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**P. O. Drawer 4550**
**Fort Walton Beach, FL 32549**
Number, Street, City, State & ZIP Code

**Okaloosa**
County

**949 Pocahontas Drive**
**Fort Walton Beach, FL 32549**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Ver-Val Enterprises, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | | When | Case number |

Debtor **Ver-Val Enterprises, Inc.**                                    Case number *(if known)* _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor    **Ver-Val Enterprises, Inc.**

Name    _____    Case number (*if known*)    _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Ver-Val Enterprises, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 15, 2023**
MM / DD / YYYY

**X** **/s/ Jannie Vee Smith by Veronica McCrackin, POA**        **Jannie Vee Smith by Veronica McCrackin, POA**
Signature of authorized representative of debtor        Printed name

Title    **100% Shareowner/Owner**

**18. Signature of attorney**

**X** **/s/ Karin A. Garvin, Esquire**        Date **August 15, 2023**
Signature of attorney for debtor        MM / DD / YYYY

**Karin A. Garvin, Esquire 0106933**
Printed name

**Karin A. Garvin, P. L.**
Firm name

**1801 West Garden Street**
**Pensacola, FL 32502**
Number, Street, City, State & ZIP Code

Contact phone    **850-437-5577**    Email address    **kgarvin@kgarvinlaw.com**

**0106933 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Ver-Val Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 15, 2023**      X **/s/ Jannie Vee Smith by Veronica McCrackin, POA**
                                             Signature of individual signing on behalf of debtor

                                             **Jannie Vee Smith by Veronica McCrackin, POA**
                                             Printed name

                                             **100% Shareowner/Owner**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Ver-Val Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
     Copy line 88 from *Schedule A/B*.....................................................................................    $ _____**0.00**

   **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.................................................................................    $ _____**5,465.74**

   **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................    $ _____**5,465.74**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____**0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____**93,788.02**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$ \_\_\_\_**1,341,968.55**

4.   **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b            $ \_\_\_\_**1,435,756.57**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Ver-Val Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Synovus Bank** | **Commerical Checking and money market** | 3802 | $516.74 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$516.74**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Ver-Val Enterprises, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>**20 aluminium beams designed for centerline vertical restraint system - value unknown due to being made for a certain purpose/job**<br>**Located at 397 Bressler, Crestview, FL centerline vertical restraint system** | **4/2023** | **Unknown** | **N/A** | **Unknown** |

| 20. | **Work in progress** |
|---|---|
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| **$0.00** |
|---|

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Ver-Val Enterprises, Inc.**                              Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 39. | **Office furniture**<br>**Desk**<br>**Located at Mary Esther Storage, 749**<br>**Hollywood Blvd W. Mary Esther, FL** | $200.00    N/A | $200.00 |
| 40. | **Office fixtures** | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**4 computer monitors-$120; 20 filing cabinets-$200**<br>**Located at Mary Esther Storage, 749**<br>**Hollywood Blvd W. Mary esther, FL** | $320.00    N/A | $320.00 |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                              $520.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2010 Ford F-150**<br>**Located at 949 Pocahonitas Drive, Fort**<br>**Walton Beach, FL** | $4,429.00 | N/A | $4,429.00 |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**2 commercial generators-value unknown as not sure if they work**<br>**Located at Mary Esther Storage, 749**<br>**Hollywood Blvd. W. Mary esther, FL** | Unknown | | Unknown |

Debtor    **Ver-Val Enterprises, Inc.**_____    Case number *(If known)* _____
          Name

| 51. | **Total of Part 8.** | | **$4,429.00** |
|---|---|---|---|

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Drawings, designs, etc. for ground support equipment** | **Unknown** | | **Unknown** |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 11:    All other assets**

Debtor  **Ver-Val Enterprises, Inc.**_____    Case number *(If known)* _____
              Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**
**Northwestern Mutual life insurance**
**Premiums are due and dividens are being used to pay**
**the loans against the policy**
**As of December 27, 2022 - Loan against policy in the**
**amount of $94,206.10 and value of the policy was**
**$126,159.80**                                                                              **Unknown**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                                    **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Ver-Val Enterprises, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $516.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $520.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,429.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,465.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,465.74 |

**Fill in this information to identify the case:**

Debtor name        **Ver-Val Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **Ver-Val Enterprises, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

**Florida Department of Revenue**
**Pensacola Service Center**
**2205 La Vista Avenue**
**Ste. B**
**Pensacola, FL 32504-8210**

Date or dates debt was incurred
**2021**

Last 4 digits of account number **2115**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales and Use Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$60.00**   Priority amount **$60.00**

---

**2.2** | Priority creditor's name and mailing address

**Foster Brown Jr.**
**102 Beverly Drive**
**Niceville, FL 32578**

Date or dates debt was incurred
**1/22 - 4/22**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$11,968.00**   Priority amount **$11,968.00**

---

Debtor  **Ver-Val Enterprises, Inc.**                                      Case number (if known)
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,887.01 | $15,887.01 |
|---|---|---|---|---|

**Jannie V. Smith**
**949 Pocahontas Drive**
**Fort Walton Beach, FL 32548**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/22 - 4/22**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,516.79 | $0.00 |
|---|---|---|---|---|

**Lee Spring**
**140 58th Street #3C**
**Brooklyn, NY 11220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**9/30/21**

Basis for the claim:
**Wages**

**Also account no.  XX4818, XXX7596**

Last 4 digits of account number **8251**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,024.60 | $15,024.60 |
|---|---|---|---|---|

**Leroy Harris**
**6945 Blue Moon Drive**
**Navarre, FL 32566**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/22 - 4/22**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,120.00 | $6,120.00 |
|---|---|---|---|---|

**Mattie Sanks**
**2407 Parker Drive**
**Niceville, FL 32578**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/22 - 4/22**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Ver-Val Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Rufus Willis**<br>**240 Watson Drive**<br>**Fort Walton Beach, FL 32548** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,695.41 | $18,695.41 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/22 - 4/22** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Valerie Houston**<br>**949 Pocahontas Drive**<br>**Fort Walton Beach, FL 32547** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,516.21 | $24,516.21 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/22 - 4/22** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Aerol Company**<br>**16000 West Michigan Avenue**<br>**Albion, MI 49224**<br>Date(s) debt was incurred  **12/15/20**<br>Last 4 digits of account number  **7003** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $4,908.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Aerorand LLC**<br>**1034 Village Circle Drive N.**<br>**Phoenix, AZ 85022**<br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number  **1267** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor**<br>**Also invoice no. X1397**<br>Is the claim subject to offset? ■ No ☐ Yes | $310.98 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Allied Aviation Services, Inc.**<br>**P. O. Box 35236**<br>**Sarasota, FL 32242**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **3318** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $804,429.00 |

Debtor  **Ver-Val Enterprises, Inc.**                              Case number (if known) _____
        Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |

**3.4** Nonpriority creditor's name and mailing address
**Alro Metals**
**1600 W. Michigan Avenue**
**Albion, MI 49224**

Date(s) debt was incurred  _

Last 4 digits of account number  **7003**

As of the petition filing date, the claim is: *Check all that apply.*                    **$275.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
**Bush Ross, P.A.**
**1801 North Highland Avenue**
**Tampa, FL 33602**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **3318**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Representing Allied Aviation Services, Inc.**
**Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
**Carr, Riggs & Ingram LLC**
**Attn:  D. Timothy Herndon**
**4502 Highway 20 East**
**Suite A**
**Niceville, FL 32578**

Date(s) debt was incurred  **9/2/21**

Last 4 digits of account number  **5979**

As of the petition filing date, the claim is: *Check all that apply.*                    **$10,230.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
**Caster Concepts, Inc.**
**c/o Altus Receiveables Management**
**2400 Veterans Memorial Boulevard**
**Suite 300**
**Kenner, LA 70062**

Date(s) debt was incurred  _

Last 4 digits of account number  **7018**

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,908.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

**Case No. XXXX2486**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
**Caster Concepts, Inc.**
**c/o Harris Klien Associates, Inc.**
**P. O. Box 125**
**Holly Springs, GA 30142**

Date(s) debt was incurred  _

Last 4 digits of account number  **4512**

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,229.31**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
**Century Link**
**P. O. Box 1319**
**Charlotte, NC 28201-1319**

Date(s) debt was incurred  **10/1/22**

Last 4 digits of account number  **3518**

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,983.63**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Ver-Val Enterprises, Inc.**                                          Case number (if known) _____
      Name

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,382.60** |
|---|---|---|---|

**City of Fort Walton Beach Okaloosa W&S**
**107 Miracle Strip Parkway SW**
**Fort Walton Beach, FL 32548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **1970**

**Also account no. XXXXXX1972**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,522.11** |
|---|---|---|---|

**Community Bank**
**448 Eglin Parkway NE**
**Fort Walton Beach, FL 32548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$588.96** |
|---|---|---|---|

**Cox Business**
**Attn: CSS**
**P. O. Box 771911**
**Detroit, MI 48277-1911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **5801**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91.30** |
|---|---|---|---|

**Culligan Water**
**624 Lovejoy Road NW**
**Fort Walton Beach, FL 32548-3832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1706**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,338.00** |
|---|---|---|---|

**Destin Machine Inc.**
**Attn: Wanye Lung**
**600 4th Street**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$116.64** |
|---|---|---|---|

**FED EX**
**c/o AGA**
**740 Walt Whitman Road**
**Melville, NY 11747-9090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1394**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$282.42** |
|---|---|---|---|

**Florida Power & Light FPL**
**P. O. Box 29090**
**Miami, FL 33102-9090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2022**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0591**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Ver-Val Enterprises, Inc.** _____ Case number (*if known*) _____

   Name

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,019.50 |
|---|---|---|---|

**Fosters Professional Janitorial Service**
913 N. Beal Parkway
Suite A #147
Fort Walton Beach, FL 32547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/22**

**Basis for the claim:  Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205,573.64 |
|---|---|---|---|

**Nate & Jannie Smith**
949 Pocahontas Drive
Fort Walton Beach, FL 32547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/19 - 2/23**

**Basis for the claim:  Unsecured Loans**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,777.05 |
|---|---|---|---|

**Northwestern Mutual**
720 East Wisconsin Avenue
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/23**

**Basis for the claim:  Insurance**

Last 4 digits of account number  **8440**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,599.00 |
|---|---|---|---|

**PartsBase, Inc.**
5401 Broken Sound Boulevard NW
Boca Raton, FL 33487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Vendor**

Last 4 digits of account number  **7931**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,481.90 |
|---|---|---|---|

**Performance Machining Services Inc.**
4161 Warehouse Lane
Pensacola, FL 32505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/22**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **6388**

**Also account no. 6401; 6600, 6601, 6686, 6687 and 6688**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $861.19 |
|---|---|---|---|

**Precision Metel Finishers, Inc.**
4429 County Highway 2A
Defuniak Springs, FL 32433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/4/21**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **0210**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,487.00 |
|---|---|---|---|

**Realty House Commerical Properties**
Attn: Kevin Bethea
11 Racetrack Road NW
Fort Walton Beach, FL 32547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/20/23**

**Basis for the claim:  Back due rent**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Ver-Val Enterprises, Inc.**                                    Case number *(if known)* _____
           Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139,529.70 |

**Synovus Bank**
**1148 Broadway**
**Columbus, GA 31901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/20**

Basis for the claim:  **Unsecured Loan**

Last 4 digits of account number  **1110**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,693.00 |

**Valerie Houston**
**949 Pocahontas Drive**
**Fort Walton Beach, FL 32547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/19 - 2/23**

Basis for the claim:  **Unsecured loans**

Last 4 digits of account number  ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,350.00 |

**Veronica McCrackin**
**4141 Faulkner Lane**
**Tallahassee, FL 32311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/19 - 2/23**

Basis for the claim:  **Unsecured Loans**

Last 4 digits of account number  ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cox Business**<br>**Department 103046**<br>**P. O. Box 1259**<br>**Oaks, PA 19456** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Synovous Bank**<br>**P. O. Box 1071**<br>**Columbus, GA 31902-1071** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Synovous Bank**<br>**Attn: Time Kelly**<br>**P. O. Box 120**<br>**Columbus, GA 31902** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 93,788.02 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,341,968.55 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,435,756.57 |

**Fill in this information to identify the case:**

Debtor name    **Ver-Val Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Ongoing storage unit rental** | |
| State the term remaining    **Ongoing** | |
| List the contract number of any government contract _____ | **Mary Esther Storage**<br>**749 Hollywood Boulevard**<br>**Mary Esther, FL 32569** |

**Fill in this information to identify the case:**

Debtor name **Ver-Val Enterprises, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Nate & Jannie Smith** | **949 Pocahontas Drive** **Fort Walton Beach, FL 32547** | **Synovus Bank** | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |
| 2.2 | **Jannie V. Smith** | **949 Pocahontas Drive** **Fort Walton Beach, FL 32548** | **Mary Esther Storage** | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name    **Ver-Val Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other    **Sale of scrap metal** | **$1,388.00** |
    | **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$13,617.89** |
    | **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$415,809.48** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

Debtor    **Ver-Val Enterprises, Inc.**                              Case number *(if known)* _____

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Allied Aviation Services, Inc. v. Ver-Val Enterprises, Inc. 2021 CA 003318** | **Collections** | **Okaloosa County Courthouse 101 East James Lee Boulevard Crestview, FL 32536** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor **Ver-Val Enterprises, Inc.** _____ Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Karin A. Garvin, P. L.**<br>**1801 West Garden Street**<br>**Pensacola, FL 32502** | **Attorney Fees-$5,000; Filing Fee-$338;**<br>**Costs-$300** | **8/11/23;**<br>**8/14/23** | **$5,000.00** |
| | **Email or website address**<br>**kgarvin@kgarvinlaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Veronica McCrackin and Jannie Smith** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
| --- | --- | --- |
| 14.1. | **646 Anchors Street, NW**<br>**Suite 8**<br>**Fort Walton Beach, FL 32548** | **7/18/19 - 5/2022** |

Debtor  **Ver-Val Enterprises, Inc.**                              Case number *(if known)*

---

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

Debtor    **Ver-Val Enterprises, Inc.** _____    Case number *(if known)* _____

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor    **Ver-Val Enterprises, Inc.**                                          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Owen's Accounting Service<br>36 West Audrey Drive NW<br>Fort Walton Beach, FL 32548** | **2019 - 2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Owen's Accounting Service<br>36 West Audrey Drive NW<br>Fort Walton Beach, FL 32548** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Nate & Jannie Smith<br>949 Pocahontas Drive<br>Fort Walton Beach, FL 32547** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jannie V. Smith | 949 Pocahontas Drive<br>Fort Walton Beach, FL 32548 | 100%<br>Shareholder/Secretary/Treasurer | 100% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Veronica McCrackin | 4141 Faulkner Lane<br>Tallahassee, FL 32311 | Director | None |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Valerie Houston | 949 Pocahontas Drive<br>Fort Walton Beach, FL 32547 | Director | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor   **Ver-Val Enterprises, Inc.**                              Case number *(if known)*

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Valerie Houston**<br>**949 Pocahontas Drive**<br>**Fort Walton Beach, FL 32547** | **$850.00** | **4/2023** | **Reimbursement for movers** |
| | **Relationship to debtor**<br>**Director** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 15, 2023**

**/s/ Jannie Vee Smith by Veronica McCrackin, POA**                    **Jannie Vee Smith by Veronica McCrackin, POA**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **100% Shareowner/Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ■ No
- ☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Florida

In re  **Ver-Val Enterprises, Inc.**                                       Case No.

                                                 Debtor(s)               Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **All services not specifically excluded by 6 below reasonably to achieve the debtor's objectives.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **a)  discharge proceedings, including those related to student loans, taxes or undue hardships; (b) motions for relief from, or continuation, defense or enforcement of the Automatic Stay; (c) motions to redeem personal property; (d) rule 2004 examinations; (e) motions to avoid liens/judgments; (f) contested matters or adversary proceedings; (g) contested matters regarding Client's claim of exempt property; (h) Amend any list, schedule, statement, and/or other document required to be filed with the petition as may be necessary or appropriate based on any omission by Client; (i) motions to continue the 341 meeting of creditors and/or appearing for a continued 341 hearing due to Client's failure to appear; (j) motions or adversary complaints to abandon/refinance/sell/purchase property; (k) assisting in carrying out the Debtor's Statement of Intentions; (l) monitoring an "asset case"; (m) re-opening a bankruptcy case to submit post-filing proof of pre-discharge counseling; (n) if permitted by local rule, each reaffirmation agreement review, negotiation, execution, appearance at reaffirmation hearings;  (o) issues that arise that are not specifically listed in the Agreement. Hourly rates for attorney time and for paraprofessional time billed in 6-minute minimum increments, however, the Firm will be entitled to contingency fee of 25% of garnishment/wage assignment recovery.**

In re  **Ver-Val Enterprises, Inc.** _____    Case No. _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 15, 2023** _____          **/s/ Karin A. Garvin, Esquire** _____
_Date_                                              **Karin A. Garvin, Esquire 0106933**
                                                    _Signature of Attorney_
                                                    **Karin A. Garvin, P. L.**
                                                    **1801 West Garden Street**
                                                    **Pensacola, FL 32502**
                                                    **850-437-5577  Fax: 850-437-5250**
                                                    **kgarvin@kgarvinlaw.com** _____
                                                    _Name of law firm_

## United States Bankruptcy Court
### Northern District of Florida

In re   **Ver-Val Enterprises, Inc.**                                    Case No.

                                          Debtor(s)          Chapter      **7**


# VERIFICATION OF CREDITOR MATRIX


I, the 100% Shareowner/Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.


Date:   **August 15, 2023**                     **/s/ Jannie Vee Smith by Veronica McCrackin, POA**
                                                **Jannie Vee Smith by Veronica McCrackin, POA**/**100%**
                                                **Shareowner/Owner**
                                                Signer/Title

Ver-Val Enterprises, Inc.
949 Pocahontas Drive
Fort Walton Beach, FL 32549

Caster Concepts, Inc.
c/o Harris Klien Associates, Inc.
P. O. Box 125
Holly Springs, GA 30142

Florida Department of Revenue
Pensacola Service Center
2205 La Vista Avenue
Ste. B
Pensacola, FL 32504-8210

Karin A. Garvin, Esquire
Karin A. Garvin, P. L.
1801 West Garden Street
Pensacola, FL 32502

Century Link
P. O. Box 1319
Charlotte, NC 28201-1319

Florida Power & Light FPL
P. O. Box 29090
Miami, FL 33102-9090

Aerol Company
16000 West Michigan Avenue
Albion, MI 49224

City of Fort Walton Beach Okaloosa W&S
107 Miracle Strip Parkway SW
Fort Walton Beach, FL 32548

Foster Brown Jr.
102 Beverly Drive
Niceville, FL 32578

Aerorand LLC
1034 Village Circle Drive N.
Phoenix, AZ 85022

Community Bank
448 Eglin Parkway NE
Fort Walton Beach, FL 32548

Fosters Professional Janitorial Serv
913 N. Beal Parkway
Suite A #147
Fort Walton Beach, FL 32547

Allied Aviaton Services, Inc.
P. O. Box 35236
Sarasota, FL 32242

Cox Business
Attn: CSS
P. O. Box 771911
Detroit, MI 48277-1911

Jannie V. Smith
949 Pocahontas Drive
Fort Walton Beach, FL 32548

Alro Metals
1600 W. Michigan Avenue
Albion, MI 49224

Cox Business
Department 103046
P. O. Box 1259
Oaks, PA 19456

Lee Spring
140 58th Street #3C
Brooklyn, NY 11220

Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL 33602

Culligan Water
624 Lovejoy Road NW
Fort Walton Beach, FL 32548-3832

Leroy Harris
6945 Blue Moon Drive
Navarre, FL 32566

Carr, Riiggs & Ingram LLC
Attn: D. Timothy Herndon
4502 Highway 20 East
Suite A
Niceville, FL 32578

Destin Machine Inc.
Attn: Wanye Lung
600 4th Street
Destin, FL 32541

Mary Esther Storage
749 Hollywood Boulevard
Mary Esther, FL 32569

Caster Concepts, Inc.
c/o Altus Receiveables Management
2400 Veterans Memorial Boulevard
Suite 300
Kenner, LA 70062

FED EX
c/o AGA
740 Walt Whitman Road
Melville, NY 11747-9090

Mattie Sanks
2407 Parker Drive
Niceville, FL 32578

Nate & Jannie Smith
949 Pocahontas Drive
Fort Walton Beach, FL 32547

Synovus Bank
1148 Broadway
Columbus, GA 31901

Northwestern Mutual
720 East Wisconsin Avenue
Milwaukee, WI 53202

Valerie Houston
949 Pocahontas Drive
Fort Walton Beach, FL 32547

PartsBase, Inc.
5401 Broken Sound Boulevard NW
Boca Raton, FL 33487

Veronica McCrackin
4141 Faulkner Lane
Tallahassee, FL 32311

Performance Machining Services Inc.
4161 Warehouse Lane
Pensacola, FL 32505

Precision Metel Finishers, Inc.
4429 County Highway 2A
Defuniak Springs, FL 32433

Realty House Commerical Properties
Attn: Kevin Bethea
11 Racetrack Road NW
Fort Walton Beach, FL 32547

Rufus Willis
240 Watson Drive
Fort Walton Beach, FL 32548

Synovous Bank
P. O. Box 1071
Columbus, GA 31902-1071

Synovous Bank
Attn: Time Kelly
P. O. Box 120
Columbus, GA 31902

# United States Bankruptcy Court
## Northern District of Florida

In re  **Ver-Val Enterprises, Inc.** _____  Case No. _____
Debtor(s)                                                          Chapter     **7**    _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ver-Val Enterprises, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 15, 2023** _____

Date

**/s/ Karin A. Garvin, Esquire** _____

**Karin A. Garvin, Esquire 0106933**

Signature of Attorney or Litigant
Counsel for   **Ver-Val Enterprises, Inc.** _____

**Karin A. Garvin, P. L.**

**1801 West Garden Street**
**Pensacola, FL 32502**
**850-437-5577 Fax:850-437-5250**
**kgarvin@kgarvinlaw.com**